| DAVENIQUE HELMSTETTER | NO. 24-C-344 |
| --- | --- |
| VERSUS | FIFTH CIRCUIT |
| U-HAUL INTERNATIONAL, INC., ALLAN BRUCE AWE, AND ALLAN BRUCE AWE D/B/A ABA RENTALS | COURT OF APPEAL |
| | STATE OF LOUISIANA |

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

October 15, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** U-HAUL CO. OF LOUISIANA, ALLAN BRUCE AWE, AND ABA RENTALS, INC.

**APPLYING FOR** SUPERVISORY WRIT FROM THE FORTIETH JUDICIAL DISTRICT COURT, PARISH OF ST JOHN THE BAPTIST, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE VERCELL FIFFIE, DIVISION "A", NUMBER C-74869

Panel composed of Judges Marc E. Johnson,
Scott U. Schlegel, and Timothy S. Marcel

**WRIT DENIED**

Relators/Defendants, Allan Bruce Awe, U-Haul Co. of Louisiana ("U-Haul"), and ABA Rentals, Inc. ("ABA"), seek review of the trial court's June 30, 2024 denial of its motion for summary judgment. Relators assert that they are entitled to summary judgment and dismissal from Respondent/Plaintiff's, Davineque Helmstetter, action. In her petition, Ms. Helmstetter alleged that she sustained injuries after being confronted by a dog while attempting to return the keys to a van. In their motion for summary judgment, U-Haul and ABA argued that they must be dismissed from the action because they were not the owners of the dog in question and can have no liability for the dog's actions. Mr. Awe argued that he had no liability for Ms. Helmstetter's injuries because the dog was within a fence and made no direct physical contact with her. In its oral reasons for judgment, the trial court

24-C-344

believed that summary judgment was not appropriate because the owner of the business and the owner of the dog, Mr. Awe, has not been located for deposition.

After *de novo* review, we find that summary judgment is not appropriate at this time. A review of the admissible summary judgment evidence shows that there are remaining genuine issues of material fact, *e.g.*, whether Defendants had custody, pursuant to La. C.C. art. 2317, of the dog on the night of the alleged incident, and whether the dog posed an unreasonably dangerous hazard. Accordingly, the writ application is denied.

Gretna, Louisiana, this 15th day of October, 2024.

**MEJ**
**TSM**

DAVENIQUE HELMSTETTER

VERSUS

U-HAUL INTERNATIONAL, INC., ALLAN
BRUCE AWE, AND ALLAN BRUCE AWE
D/B/A ABA RENTALS

NO. 24-C-344

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

**SCHLEGEL, J., CONCURS IN PART AND DISSENTS IN PART WITH REASONS**

I agree with the majority's decision to deny summary judgment based on the ownership issues raised by defendants, U-Haul Co. of Louisiana and ABA Rentals, Inc. These defendants moved for summary judgment only on the ownership issue, failed to address the additional issue of custody outlined by the majority decision, and failed to provide any competent evidence to shift the burden to Ms. Helmstetter. *See* La. C.C.P. arts. 966(A)(4)(a) and 966(D)(1) and (2).

However, I dissent from the majority's decision to deny the writ application with respect to the separate arguments raised by defendant, Allan Bruce Awe. Mr. Awe moved for summary judgment on the grounds that the applicable law and jurisprudence do not recognize liability for a fenced dog that has no direct contact with the plaintiff. He further argued that Ms. Helmstetter was aware of the dog's presence as she saw and heard the dog as she approached the fence. Because I believe the writ application has merit on these issues, and if granted, would result in summary judgment in favor of Mr. Awe, I would assign the case for briefing and give the parties the opportunity to request oral argument, as provided in La. C.C.P. art. 966(H).

**SUS**

24-C-344

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **10/15/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**24-C-344**

**CURTIS B. PURSELL**
CLERK OF COURT

### E-NOTIFIED
40th District Court (Clerk)
Honorable Vercell Fiffie (DISTRICT JUDGE)
Fielding Matkins (Respondent)

### MAILED

Christopher J. Alfieri (Relator)
Oscar M. Gwin, IV (Relator)
Attorney at Law
601 Poydras Street
Suite 2300
New Orleans, LA 70130

Mary Margaret Keys (Respondent)
8212 Summa Avenue
Baton Rouge, LA 70809

Dominick M. Bianca (Respondent)
DAVOLI, SORRELLS & BIANCA
8212 Summa Avenue
Baton Rouge, LA 70809